# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATE OF AMERICA,** | Case No.: 18-CR-5558-DSM-1 |
| Plaintiff, | **ORDER REGARDING DEFENDANT'S UNOPPOSED MOTION TO CONTINUE DEFENDANT'S SURRENDER DATE** |
| **v.** | |
| **ANGELINA GONZALEZ (3),** | |
| Defendant. | |

Upon application, for good cause shown, Defendant Angelina Gonzalez's motion for an order to continue Defendant's self-surrender date is GRANTED.

The Court orders as follows:

1. Defendant's self-surrender date scheduled for January 25, 2021 is vacated.
2. Defendant's self-surrender date is now scheduled for April 2, 2021.
3. Bond Exoneration Hearing is reset for April 9, 2021.

IT IS SO ORDERED.

Dated:  1/15/2021

HONORABLE DANA M. SABRAW