# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATE OF AMERICA,** | Case No.: 18-CR-5558-DMS |
| Plaintiff, | |
| v. | **ORDER REGARDING DEFENDANT'S UNOPPOSED MOTION TO CONTINUE DEFENDANT'S SURRENDER DATE** |
| **ANGELINA GONZALEZ (3),** | |
| Defendant. | |
| | Date: April 2, 2021 |

Upon application, for good cause shown, Defendant Angelina Gonzalez's motion for an order to continue Defendant's self-surrender date is GRANTED.

The Court orders as follows:

1. Defendant's self-surrender date scheduled for April 2, 2021 is vacated.
2. Defendant's self-surrender date is now scheduled for July 30, 2021.
3. Bond Exoneration Hearing is reset to August 6, 2021.  No further continuances of defendant's surrender date.

IT IS SO ORDERED.

Dated:  3/10/2021

HONORABLE DANA M. SABRAW